1  **Douglas V. Thornton, Bar # 154956**
2  **MOTSCHIEDLER, MICHAELIDES & WISHON, LLP**
   **1690 West Shaw Avenue, Suite 200**
3  **Fresno, California 93711**
   **Telephone (559) 439-4000**
4  **Facsimile (559) 439-5654**

5  Attorney for: Plaintiff FELIX DRAPIZA

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FELIX DRAPIZA<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 06-CV-01903-OWW-SMS<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their undersigned counsel of record, that the above-entitled action be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: April 26, 2007.                MOTSCHIEDLER, MICHAELIDES
                                      & WISHON, LLP


                                      By:___/s/_Douglas V. Thornton_____
                                         Douglas V. Thornton, attorneys for
                                         Plaintiff FELIX DRAPIZA

**MOTSCHIEDLER, MICHAELIDES & WISHON, LLP**

1

{04530/0001//178829.DOC}

**Complaint for Breach of Insurance Contract**

PDF created with pdfFactory trial version www.pdffactory.com

Dated: April 26, 2007.                        SEDGWICK, DETERT, MORAN
                                                                                                                                                                                                                     & ARNOLD LLP


By: /s/ Michelle Y. McIsaac_____
    Michelle Y. McIsaac, attorneys for
     Defendant CONTINENTAL
    CASUALTY COMPANY


## **ORDER**

IT IS SO ORDERED.

Dated:  4/27/07


/s/ Oliver W. Wanger
Judge

**MOTSCHIEDLER,**
**MICHAELIDES &**
**WISHON, LLP**

2

{04530/0001//178829.DOC}

**Complaint for Breach of Insurance Contract**

PDF created with pdfFactory trial version www.pdffactory.com